THOMAS E. MACALUSO *v.* THOMAS M. DEVANNEY ET AL.

The petition by the named defendant for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Neal H. Jordan,* in support of the petition.

Submitted August 7—decided September 25, 1973

STATE OF CONNECTICUT *v.* JORGE L. RIVERA

The defendant's petition for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Richard E. Gruskin,* in support of the petition.

Submitted August 7—decided September 25, 1973

ALLEN, RUSSELL AND ALLEN, INC. *v.* WILLIAM J. BECKERMAN ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*William J. Beckerman* and *Charlotte V. Beckerman,* pro se, in support of the petition.

Submitted August 14—decided September 25, 1973

CHARLES A. KOONS, JR., ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF DARIEN

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*David S. Maclay,* in support of the petition.

*Julius B. Kuriansky,* in opposition.